J-S79027-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
v. :
:
:
:
VARNADO R. JONES :
:
Appellant : No. 3707 EDA 2016

Appeal from the PCRA Order November 14, 2016
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s):  CP-51-CR-0005904-2011

BEFORE:  GANTMAN, P.J., LAZARUS, J., and OTT, J.

JUDGMENT ORDER BY LAZARUS, J.:          **FILED FEBRUARY 01, 2018**

Vernardo Jones appeals, *pro se*, from the order, entered in the Court of Common Pleas of Philadelphia County, denying his petition filed under the Post Conviction Relief Act ("PCRA"), 42 Pa.C.S. §§ 9541-46.  We affirm.

Following a waiver trial before the Honorable Marie DeFino-Nastasi, Jones was convicted of second-degree murder, burglary, aggravated assault, criminal trespass, simple assault, possession of an instrument of crime, and recklessly endangering another person.  The court sentenced Jones to life imprisonment on the murder conviction and a consecutive three-to-six-year term of imprisonment for the aggravated assault conviction.  On direct appeal, this Court affirmed Jones' judgment of sentence.  ***Commonwealth v. Jones***, 3409 EDA 201 (unpublished memorandum, filed August 29, 2014).  The Pennsylvania Supreme Court denied his petition for allowance of appeal. ***Commonwealth v. Jones***, 110 A.3d 996 (Pa. 2015) (Table).

On July 31, 2015, Jones filed a petition for PCRA relief. The court appointed counsel, who, after review, filed a no-merit letter pursuant to ***Commonwealth v. Turner***, 544 A.2d 927 (Pa. 1988), and ***Commonwealth v. Finley***, 550 A.2d 213 (Pa. Super. 1988). On October 12, 2016, the PCRA court issued a notice of intent to dismiss pursuant to Pa.R.Crim.P. 907(1). Jones filed a response on October 28, 2016. Thereafter, on November 14, 2016, the PCRA court dismissed Jones' petition; Jones filed a notice of appeal on November 23, 2016. The PCRA court ordered Jones to file a Pa.R.A.P. 1925(b) statement of errors complained of on appeal by January 19, 2017. Jones failed to comply with the court's order.

An appellant's failure to file a court-ordered Rule 1925(b) statement generally constitutes a waiver of all issues. ***Commonwealth v. Lord***, 719 A.2d 306 (Pa. 1998). "[T]o preserve their claims for appellate review, [a]ppellants must comply whenever the trial court orders them to file a Statement of [Errors] Complained of on Appeal pursuant to Pa.R.A.P. 1925. Any issues not raised in a Pa.R.A.P. 1925(b) statement will be deemed waived." ***Commonwealth v. Castillo***, 888 A.2d 775, 780 (Pa. 2005) (citing ***Lord***, ***supra*** at 309). This principle applies to proceedings under the PCRA. ***Commonwealth v. Hill***, 16 A.3d 484, 488 (Pa. 2011). In ***Hill***, our Supreme Court emphasized: "We yet again repeat the principle first stated in ***Lord*** that must be applied here: `[I]n order to preserve their claims for appellate review, [a]ppellants must comply whenever the trial court orders them to file a Statement of Matters Complained of on Appeal pursuant to Pa.R.A.P. 1925.

- 2 -

Any issues not raised in a Pa.R.A.P. 1925(b) statement will be deemed waived.'" *Id*. at 494, quoting *Lord*, 719 A.2d at 309.

Order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 2/1/18